

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: FLASH MEMORY ANTITRUST LITIGATION    MDL No. 1852

(SEE ATTACHED SCHEDULE A)

### ORDER DEEMING MOTION MOOT

Before the Panel is a motion by defendants Samsung Semiconductor, Inc.; Hynix Semiconductor America, Inc.; Micron Technology, Inc.; Micron Semiconductor Products, Inc.; Hitachi America, Ltd.; and Renesas Technology America, Inc., seeking centralization, pursuant to 28 U.S.C. § 1407, of the actions on the attached schedule in a single district court for coordinated or consolidated pretrial proceedings. This matter was considered by the Panel at its hearing session in Minneapolis, Minnesota, on July 26, 2007. The Panel has now been advised that the listed Southern District of New York action was transferred to the Northern District of California, pursuant to 28 U.S.C. § 1404(a), by the Honorable Louis L. Stanton in an order filed on August 8, 2007, thus depriving this litigation of its multidistrict character.

IT IS THEREFORE ORDERED that the motion for transfer under 28 U.S.C. § 1407 is DEEMED MOOT.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: FLASH MEMORY
ANTITRUST LITIGATION                                    MDL No. 1852

## SCHEDULE A

### Northern District of California

Jason Perkins v. Samsung Electronics Co., Ltd., et al., C.A. No. 3:07-1360
James Burt v. Samsung Electronics Co., Ltd., et al., C.A. No. 3:07-1388
TechToysForLess v. Samsung Electronics Co., Ltd., et al., C.A. No. 3:07-1418
Thomas Y. Huh v. Samsung Electronics Co., Ltd., et al., C.A. No. 3:07-1459
Fred W. Krahmer v. Samsung Electronics Co., Ltd., et al., C.A. No. 3:07-1460
Keith Alderman v. Samsung Electronics Co., Ltd., et al., C.A. No. 3:07-1489
Jacob Greenwell v. Samsung Electronics Co., Ltd., et al., C.A. No. 3:07-1524
Lynn Sweatman v. Samsung Electronics Co., Ltd., et al., C.A. No. 3:07-1613
Carman Pellitteri v. Samsung Electronics Co., Ltd., et al., C.A. No. 3:07-1614
Kevin's Computer & Photo v. Samsung Electronics Co., Ltd., et al., C.A. No. 3:07-1665
Joseph P. Theisen v. Hitachi, Ltd., et al., C.A. No. 3:07-1680
George Davis v. Samsung Electronics Co., Ltd., et al., C.A. No. 3:07-1735
Trong Nguyen v. Samsung Electronics Co., Ltd., et al., C.A. No. 4:07-86
A Computer Place, Inc., et al. v. Samsung Electronics Co., Ltd., et al., C.A. No. 4:07-1020
Roxanne Miller v. Samsung Electronics Co., Ltd., et al., C.A. No. 4:07-1147
Peter Burke v. Samsung Electronics Co., Ltd., et al., C.A. No. 4:07-1236

### Southern District of New York

Brian Levy v. Samsung Electronics Co., Ltd., et al., C.A. No. 1:07-2242

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

RECEIVED
AUG 2 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

August 20, 2007

TO CLERKS OF THE FOLLOWING U. S. DISTRICT COURTS:

NORTHERN DISTRICT OF CALIFORNIA
SOUTHERN DISTRICT OF NEW YORK

C 07-4252-BZ

MDL-1852 -- IN RE Flash Memory Antitrust Litigation

(See Attached Schedule A of Order)

Dear Clerk:

I am enclosing a certified copy of an order filed today by the Panel in the above matter.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _Denise Morgan-Stone_
Deputy Clerk

Enclosure

cc: Transferor Judges: Judge Saundra Brown Armstrong
                       Judge Kimba M. Wood

JPML Form 32